13, 15, STAYED

# U.S. District Court
## Central District of Illinois (Rock Island)
### CIVIL DOCKET FOR CASE #: 4:04-cv-04087-JBM-JAG

05cv10249 PBS

| | |
|---|---|
| Veys v. Pfizer Inc et al | Date Filed: 11/30/2004 |
| Assigned to: Chief Judge Joe Billy McDade | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge John A. Gorman | Nature of Suit: 470 Racketeer/Corrupt Organization |
| Demand: $75000 | |
| Cause: 18:1962 Racketeering (RICO) Act | Jurisdiction: Diversity |

**Plaintiff**

**Randall J Veys**
*individually and on behalf of all others similarly situated*

represented by **Richard D Keys**
NELSON KEYS & KEYS PC
Star Cres Bldg
Suite 250
1830 2nd Ave
Rock Island, IL 61201-8003
309-786-1622
Fax: 309-794-2177
Email: rickkeys@nkkpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald S Goldser**
ZIMMERMAN REED LLP
Suite 500
651 Nicollet Mall
Minneapolis, MN 55402
612-341-0400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc**

represented by **Richard D Keys**
NELSON KEYS & KEYS PC
Suite 250
1830 2nd Ave
Rock Island, IL 61201-8003
309-786-1622
Fax: 309-794-2177
Email: rickkeys@nkkpc.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company**  represented by **Richard D Keys**
*Sued as Warner-Lambert, Inc*  (See above for address)
  *ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**
*A Division of Warner Lambert, Inc*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2004 | 1 | COMPLAINT against Parke-Davis, Pfizer Inc, Warner-Lambert Company (Filing fee $ 150.00 Receipt #R2055), filed by Randall J Veys. (Attachments: # 1 Civil Cover Sheet)(TP, ilcd) (Entered: 11/30/2004) |
| 11/30/2004 | 2 | CERTIFICATE OF INTEREST pursuant to Local Rule 11.3 by Randall J Veys. (TP, ilcd) (Entered: 11/30/2004) |
| 11/30/2004 | 3 | Designation of Lead Counsel pursuant to Rule 11.2 by Richard D Keys on behalf of Randall J Veys. (TP, ilcd) (Entered: 11/30/2004) |
| 11/30/2004 | 4 | MOTION for Admission PRO HAC VICE by Attorney Ronald S Goldser pursuant to Rule 83.5(F) by Plaintiff Randall J Veys. Responses due by 12/14/2004 (Attachments: # 1 Affidavit)(TP, ilcd) (Entered: 11/30/2004) |
| 11/30/2004 | 5 | Summons Issued as to Pfizer Inc. (TP, ilcd) (Entered: 11/30/2004) |
| 12/08/2004 | 6 | ORDER granting 4 Motion for Admission Pro Hac Vice Pursuant to Rule 83.5(F). The Court will grant Attorney Goldser admission for the purpose of filing the Complaint, however, he must seek regular admission before making any further appearances in this matter. Entered by Judge Joe Billy McDade on 12/8/04.(MS, ilcd) (Entered: 12/08/2004) |
| 12/21/2004 | 7 | UNOPPOSED MOTION to Stay all proceedings pending action by the judicial panel on multidistrict litigation by Defendants Pfizer Inc, Warner-Lambert Company. Responses due by 1/4/2005 (Attachments: # 1 Text of Proposed Order)(TP, ilcd) (Entered: 12/21/2004) |
| 12/29/2004 |  | TEXT ONLY ORDER granting 7 Motion to Stay pending transfer to MDL Court. Deadline for defendants to answer vacated. Entered by Judge John A. Gorman on 12/29/04. (JB, ilcd) (Entered: 12/29/2004) |
| 01/27/2005 | 8 | NOTICE From Multi-District Panel re: conditional transfer (DK, ilcd) (Entered: 01/27/2005) |

## PACER Service Center

### Transaction Receipt

02/08/2005 11:18:03

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 4:04-cv-04087-JBM-JAG |
| Billable Pages: | 1 | Cost: | 0.08 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 8 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-2)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 12 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-2 - TAG ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT DIV. C.A.#**

ILLINOIS CENTRAL
   ILC   4  04-4087      Randall J. Veys v. Pfizer, Inc., et al. ✓

ILLINOIS NORTHERN
   ILN   1  04-7031      Leonard Olsen v. Pfizer, Inc., et al. ✓

INDIANA SOUTHERN
   ~~INS   1  04-1956~~      ~~Susan Hotseller v. Pfizer, Inc., et al.~~    Opposed 2/2/05

KENTUCKY WESTERN
   KYW   5  04-213      Betty Carter, et al. v. Pfizer, Inc., et al. ✓

MICHIGAN EASTERN
   MIE   2  04-74258      Midwest Health Plan, Inc. v. Pfizer, Inc., et al. ✓

MISSOURI WESTERN
   MOW   6  04-3539      Fred Reiss v. Pfizer, Inc., et al. ✓

NEW YORK NORTHERN
   NYN   1  04-1301      Stephanie Baron v. Pfizer, Inc. ✓

OHIO SOUTHERN
   OHS   2  04-1058      Rebecca Groves v. Pfizer, Inc., et al. ✓