

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

FILED
IN CLERKS OFFICE

2005 FEB 16  P 3: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

February 14, 2005

Tony Anastas, Clerk
U.S. District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, Massachusetts  02210

RE: Randall J. Veys V. Pfizer, Inc, et al

CASE NO. IN ROCK ISLAND: **04-4087**

Dear Clerk:

Pursuant to the order transferring the above entitled cause of action to your district, we are transmitting herewith our original file, certified copy of the transfer order and a certified copy of the docket sheet.

Please acknowledge receipt of these documents on the copy of this letter and return it to our office.

Sincerely,

s/John M. Waters

JOHN M. WATERS, Clerk

JMW/

Encls.

Received documents described above on this date     2/16/05

NEW CASE NO. 05cv10249 PBS

By     s/ T.Peeples
           Deputy Clerk




OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TONY ANASTAS
CLERK

KIMBERLY M. ABAID
DEPUTY CLERK

February 8, 2005

Mr. John M. Waters, Clerk
United States District Court
211 19th Street
Rock Island, IL 61201

**FILED**
FEB 14 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE: MDL DOCKET No. 1629   In Re: Neurontin Marketing and Sales Practices
USDC - Massachusetts Lead Case No. 1:04CV10739-PBS
Your Case: Civil Action No. 4:04-cv-04087 Veys v. Pfizer, Inc.
District of MA No. 1:05cv10249 PBS

Dear Mr. Waters:

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:   Michael Beck, Clerk of the Panel
Counsel of Record
Robert Alba
Christine Patch

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 8 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-2)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 12 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I HEREBY ATTEST AND CERTIFY ON 2-8-05
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE
AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY LEGAL CUSTODY.

CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY:

# SCHEDULE CTO-2 - TAG ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT  DIV. C.A.#**

ILLINOIS CENTRAL
   ILC    4  04-4087      Randall J. Veys v. Pfizer, Inc., et al.

ILLINOIS NORTHERN
   ILN    1  04-7031      Leonard Olsen v. Pfizer, Inc., et al.

INDIANA SOUTHERN
   ~~INS    1  04-1956~~      ~~Susan Hotseller v. Pfizer, Inc., et al.~~    Opposed 2/2/05

KENTUCKY WESTERN
   KYW   5  04-213       Betty Carter, et al. v. Pfizer, Inc., et al.

MICHIGAN EASTERN
   MIE    2  04-74258     Midwest Health Plan, Inc. v. Pfizer, Inc., et al.

MISSOURI WESTERN
   MOW   6  04-3539      Fred Reiss v. Pfizer, Inc., et al.

NEW YORK NORTHERN
   NYN   1  04-1301      Stephanie Baron v. Pfizer, Inc.

OHIO SOUTHERN
   OHS    2  04-1058      Rebecca Groves v. Pfizer, Inc., et al.